IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) STERLING ENGINEERING, INC., and ) ALEKSANDR TREYGER, ) ) Defendants. ) | Case No. 1:22-cv-572 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, ADMIRAL INSURANCE COMPANY, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), hereby dismisses this action *without prejudice*, no opposing party having served either an answer or a motion for summary judgment.

Dated: September 22, 2022          Respectfully Submitted,

                                    **ADMIRAL INSURANCE COMPANY**

                                    By: /s/ Jeremy S. Macklin
                                        Jeremy S. Macklin
                                        *Attorney for Plaintiff*
                                        *Admiral Insurance Company*

Jeremy S. Macklin (6303870)
**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
303 W. Madison St., Suite 1200
Chicago, Illinois 60606
(312) 332-3900 (t)
(312) 332-3908 (f)
jmacklin@tlsslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed on September 22, 2022, with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel on record.

*/s/ Jeremy S. Macklin*
Jeremy S. Macklin

Jeremy S. Macklin (6303870)
**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**
303 W. Madison, Ste. 1200
Chicago, Illinois 60606
Telephone: (312) 332-3900
Facsimile: (312) 332-2908
jmacklin@tlsslaw.com